IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WAYNE FALCIGLIA,           Plaintiff, | ) ) ) |
| v. | ) C.A. No. 06-192E ) |
| ERIE COUNTY PRISON et al.,           Defendants. | ) ) ) ) |

## ORDER

AND NOW, this 16th day of October, 2007, after *de novo* review of the documents in this case, together with the report and recommendation, it is hereby ORDERED, ADJUDGED AND DECREED that as modified by the Opinion accompanying this Order, the report and recommendation of Magistrate Judge Baxter, dated August 31, 2007 (Doc. #56) is adopted as the Opinion of the Court.

It is further hereby ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of the defendants and against the plaintiff.

The Clerk of Court shall mark this case "CLOSED."

MAURICE B. COHILL, JR.
United States District Judge

cc:  Susan Paradise Baxter, U.S. Magistrate Judge
     counsel of record
     Plaintiff Wayne Falciglia